IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FLOYD WAYNE BELL,

    Plaintiff,

v.

DR. GARTH GULICK, et al.,

    Defendants.

Case No. 2:21-cv-01555-JR

ORDER

RUSSO, Magistrate Judge.

The Court GRANTS plaintiff's request for voluntary dismissal (ECF No. 55). IT IS ORDERED that this case is DISMISSED, and all pending motions are DENIED AS MOOT.

DATED this 4 day of November, 2022.

_____
Jolie A. Russo
United States Magistrate Judge

1 - ORDER